```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 0 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DELILA RODRIGUEZ,

                      Plaintiff,

-against-

HEALTH PLUS and YULIYA BESSANOVA,
*Individually*

                      Defendants.
----------------------------------------------------------X

12-Civ-962

STIPULATION OF SETTLEMENT
AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Delila Rodriguez ("Plaintiff") and Defendants Health Plus and Yuliya Bessanova (collectively hereinafter "Defendants"), by and through their undersigned counsel, that the above-captioned action has been settled. Therefore, it is ordered by the Court that this action is dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

PHILLIPS & PHILLIPS, PLLC
30 Broad Street, 35th Floor
New York, New York 10004
(212) 587-0760

By: _____
    Marjorie Mesidor, Esq.

ATTORNEYS FOR PLAINTIFF

Dated: April ___, 2012

HEALTH PLUS
335 Adams Street, 26th Floor
Brooklyn, New York 11201
(212) 545-4000

By: _____
    Laura Alfredo, Esq.

ATTORNEYS FOR DEFENDANTS

Dated: April ___, 2012

SO ORDERED:

_____   4/20/12
Hon. Katherine B. Forrest
United States District Judge